IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COURTNEY BOYD, #208921,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 16-0001-CG-B** |
| ) | |
| **WAL-MART, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's motion for leave to proceed without prepayment of fees is **DENIED**, and that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 10th day of May, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE