IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COURTNEY BOYD, #208921,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0001-CG-B |
| | ) | |
| **WAL-MART, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 10th day of May, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE